MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM ILSB 6203390
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8927
   Facsimile:  (415) 744-0134
   E-Mail: Patrick.Snyder@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAJIHA ASHUFTA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case NO. 4:12-CV-04076-SBA<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including May 8, 2013. The response is currently due April 8, 2013. This extension is being sought because of workload issues, including the unavoidable transfer of assignments, and a high volume of other disability and non-disability matters in federal district court. This is the Commissioner's first extension request.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The scheduling order shall be modified accordingly.

                Respectfully submitted,

Dated: April 8, 2013          */s/ Tony Arjo*
                _____
                TONY ARJO
                (as authorized via email on April 8, 2013)
                Attorney at Law
                Attorney for Plaintiff

Dated: April 8, 2013          MELINDA L. HAAG
                United States Attorney
                GRACE M. KIM
                Regional Chief Counsel, Region IX
                Social Security Administration

            By:   */s/ Patrick William Snyder*
                _____
                PATRICK WILLIAM SNYDER
                Special Assistant U.S. Attorney
                Attorneys for Defendant

                **ORDER**

  APPROVED AND SO ORDERED.

DATED:  4/9/13          *Saundra B Armstrong*
                _____
                HONORABLE SAUNDRA BROWN ARMSTRONG
                UNITED STATES DISTRICT COURT JUDGE