MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM ILSB 6203390
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

 160 Spear Street, Suite 800
 San Francisco, California 94105
 Telephone:  (415) 977-8927
 Facsimile:  (415) 744-0134
 E-Mail: Patrick.Snyder@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAJIHA ASHUFTA, | ) | |
| Plaintiff, | ) | Case NO. 4:12-CV-04076-SBA |
| v. | ) | |
| CAROLYN W. COLVIN[1], | ) | **STIPULATION FOR EXTENSION OF** |
| Commissioner of Social Security, | ) | **TIME AND ORDER** |
| Defendant. | ) | |

        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

Motion for Summary Judgment up to and including May 8, 2013.  The response is currently due April 8,

2013.  This extension is being sought because of workload issues, including the unavoidable transfer of

assignments, and a high volume of other disability and non-disability matters in federal district court.

This is the Commissioner's first extension request.

---

        [1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this
suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The scheduling order shall be modified accordingly.

Respectfully submitted,

Dated: April 8, 2013                    /s/ Tony Arjo
                                       _____
                                       TONY ARJO
                                       (as authorized via email on April 8, 2013)
                                       Attorney at Law
                                       Attorney for Plaintiff

Dated: April 8, 2013                    MELINDA L. HAAG
                                       United States Attorney
                                       GRACE M. KIM
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                            By:        /s/ Patrick William Snyder

                                       _____
                                       PATRICK WILLIAM SNYDER
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED:  4/9/13

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

2