UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WAJIHA ASHUFTA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No: C 12-4076 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Cross-Motion for Summary Judgment,

    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff.

    IT IS SO ORDERED.

Dated: 3/31/14

                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge